IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-22-627-D |
| NIKI BREWER, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Amanda Maxfield Green under 28 U.S.C. § 636(b)(1)(B). Judge Green finds that Plaintiff has sufficient funds to pay the $402.00 filing fee for this action and recommends that his application for leave to proceed without prepayment under 28 U.S.C. § 1915 be denied. Instead of filing an objection, Plaintiff has paid the filing fee in full. *See* Receipt [Doc. No. 6].

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 5] is **ADOPTED**. Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **RE-REFERRED** to Magistrate Judge Green for further proceedings consistent with the initial case referral [Doc. No. 4].

**IT IS SO ORDERED** this 23rd day of August, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge