IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BOBBY ROBERTS,                             )
                                           )
       Plaintiff,                          )
                                           )
v.                                         )   Case No. CIV-22-627-D
                                           )
NIKI BREWER, *et al.*,                     )
                                           )
       Defendants.                         )

## **O R D E R**

This matter is before the Court for review of the Report and Recommendation issued August 18, 2023, by United States Magistrate Judge Amanda Maxfield Green under 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green finds that Plaintiff has failed to comply with prior orders requiring him to submit the necessary paperwork for service of process to be completed, and recommends that the action be dismissed without prejudice under Fed. R. Civ. P. 4(m) and 41(b). Plaintiff has not filed a timely objection nor requested an extension of the deadline to object.

Upon consideration, the Court finds that Plaintiff was advised of his right to object, the procedure for doing so, and the consequences of failing to object. The Court further finds no basis to relieve Plaintiff from the firm waiver rule. Therefore, Plaintiff has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 17] is **ADOPTED** in its entirety. This action is **DISMISSED** without prejudice to refiling. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 18th day of September, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge